ACCEPTED
01-15-00266-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/15/2015 10:06:33 AM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00266-CV

# In the Court of Appeals
# for the First District of Texas
# at Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/15/2015 10:06:33 AM
CHRISTOPHER A. PRINE
Clerk

UNOCAL PIPELINE COMPANY

*Appellant,*

v.

BP PIPELINES (ALASKA) INC., CONOCOPHILLIPS TRANSPORTATION ALASKA, INC. AND EXXONMOBIL PIPELINE CO.

*Appellees.*

Appeal from the 165th Judicial District Court
Harris County, Texas

## LARA E. ROMANSIC'S MOTION TO APPEAR *PRO HAC VICE*

TO THE HONORABLE COURT OF APPEALS:

I, Lara E. Romansic, file this Motion to Appear *Pro Hac Vice* to appear before the Court, under the authority of the Rules Governing Admission to the Bar of Texas, Rule XIX.

### I. Facts

1.    I am associated with Michael V. Powell of Locke Lord LLP, who will personally participate in this appeal. Mr. Powell is a practicing attorney and a member of the State Bar of Texas. His State Bar card number is 16204400 and office address, telephone number, fax number, and email are:

2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
214-740-8520
214-740-8800 – facsimile
mpowell@lockelord.com

2.     I am an active member in good standing with the Bar of the State of New York and the Bar of the District of Columbia.

3.     I have not been the subject of disciplinary action in the last five years by the bar or courts of any jurisdiction in which I have been licensed.

4.     I have not been denied admission to the courts of any state or to any federal court during the last five years.

5.     I am familiar with the State Bar Act, the State Bar Rules, and the Texas Disciplinary Rules of Professional Conduct governing conduct of members of the State Bar of Texas.  I will at all times abide by and comply with those rules as long as this cause of action is pending and I have not withdrawn as counsel from the proceeding.

6.     I have appeared *pro hac vice* in the case entitled, *Unocal Pipeline Company v. BP Pipelines (Alaska) Inc., ConocoPhillips Transportation Alaska, Inc., and ExxonMobil Pipeline Company*, Cause No. 2013-06244, pending in the District Court of Harris County, Texas, 165th Judicial District.  Otherwise, I have not appeared or sought to appear in Texas courts in the last two years.

7.     My office address, telephone number, and fax number are included below my signature.

8.     Pursuant to Texas Rules Governing Admission to the Bar of Texas, Rule XIX(a), I have filed an application for admission *pro hac vice* with the Texas Board of

Law Examiners and paid the $250 filing fee. The Texas Board of Law Examiners' letter acknowledging the application is attached hereto and incorporated by reference.

9.     As indicated in the Certificate of Conference, Appellant is not opposed to the relief sought in this Motion.

## II. Prayer

For these reasons, I ask this Court to grant my Motion to Appear *Pro Hac Vice* and allow me to appear before this Court until the conclusion of this case.

Respectfully submitted,

Lara E. Romansic
 D.C. Bar No. 1011196
 N.Y. Bar No. 3019171
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
Telephone: (202) 429-3909
Facsimile: (202) 429-3902

Michael V. Powell
  State Bar No. 16204400
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Telephone:   214.740.8520
Facsimile:   214.740.8800

*Resident Attorney for Appellees*

## VERIFICATION

DISTRICT OF COLUMBIA          §

Before me, the undersigned authority, on this day personally appeared Lara E. Romansic of Steptoe & Johnson LLP, known to me to be the person whose signature appears below, and after having been duly placed upon her oath, stated that she is of legal age and of sound mind, and has read the above motion and that the statements contained in the motion are within her personal knowledge and are true and correct.

_____
LARA E. ROMANSIC

Subscribed and sworn to before me on the ___1___ day of __SEPT__, 2015.

_____
Notary Public, District of Columbia

District of Columbia: SS

Subscribed and sworn to before me, in my presence,

this___1___ day of __SEPT__, 20_15_

GARY RANDALL
_____, Notary Public
My Commission Expires _____

## CERTIFICATE OF CONFERENCE

I hereby certify that on September 3, 2015, I conferred with Mark A. Giugliano, counsel for Appellant, regarding the relief requested in this Motion, and that Mr. Giugliano stated that Appellant is unopposed to the relief sought herein.

*/s/ Michael V. Powell*
Michael V. Powell
Resident Attorney for Appellees

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of September, 2015, a true and correct copy of the foregoing document was served via eFile Texas on Appellant through its counsel of record, listed below:

Mark A. Giugliano
Gibbs & Bruns LLP
1100 Louisiana, Suite 5300
Houston, Texas 77002-5215

*Counsel for Appellant*

*/s/ Michael V. Powell*
Michael V. Powell
Resident Attorney for Appellees

# Board of Law Examiners

Appointed by the Supreme Court of Texas

P.O. Box 13486 * Austin, Texas 78711-3486

**Acknowledgment Letter**
**Non-Resident Attorney Fee**

July 23, 2015

To: Lara E. Romansic

Via: Lromansic@steptoe.com

According to Texas Government Code §82.0361, "a nonresident attorney requesting permission to participate in proceedings in a court in this state shall pay a fee of $250 for each case in which the attorney is requesting to participate."

**This Acknowledgement Letter serves as proof that the Board of Law Examiners has received $250 in connection with the following matter:**

**Non-resident attorney:** Lara Elizabeth Romansic

**Case:** 01-15-00266-CV

**Texas court or body:** Court of Appeals for the First Court of Appeals District of Texas

After satisfying the fee requirement, a non-resident attorney shall file a motion in the Texas court or body in which the non-resident attorney is requesting permission to appear. The motion shall contain the information and statements required by Rule XIX(a) of the Rules Governing Admission to the Bar of Texas. The motion must be accompanied by this Acknowledgment Letter and by a motion from a resident practicing Texas attorney that contains the statements required by Rule XIX(b).

The decision to grant or deny a non-resident attorney's motion for permission to participate in the proceedings in a particular cause is made by the Texas court or body in which it is filed.

For more information, please see Rule XIX of the Rules Governing Admission to the Bar of Texas and §82.0361 of the Texas Government Code, which can be found on the Board's website.

Sincerely,

Susan Henricks
Executive Director